FILED
MAY 25 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROMEO BLACKMAN, aka "O" or "O-Dog,"<br>RASHAD ANCHANDO, aka "Bamboo," and<br>KEITH GULLENS, aka "Punchy" | 17CR 371<br><br>Violations: Title 18, United States Code, Sections 371, 922(u), 922(j), and 922(g)(1) and 2.<br><br>**JUDGE THARP**<br><br>**MAGISTRATE JUDGE WEISMAN** |

### COUNT ONE

The SPECIAL FEBRUARY 2017 GRAND JURY charges:

1. At all times material to this indictment:

    a. South Post Guns is a business located in Streator, Illinois. South Post Guns possessed a federal firearms dealers' license issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and offered firearms for sale to the public.

    b. Each of the firearms sold by South Post Guns included a price tag that listed the name of the firearm and the price of the firearm.

2. Beginning on or about June 21, 2016 and continuing until on or about June 22, 2016, at Chicago and Streator, in the Northern District of Illinois and elsewhere,

    ROMEO BLACKMAN, aka "O" or "O-Dog,"
    RASHAD ANCHANDO, aka "Bamboo," and
    KEITH GULLENS, aka "Punchy,"

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to steal and unlawfully take and carry away from the premises of

1

a person who was licensed to engage in the business of dealing firearms, namely South Post Guns, any firearm in the licensee's inventory that had been shipped and transported in foreign and interstate commerce, in violation of Title 18, United States Code, Section 922 (u).

3. It was part of the conspiracy that the defendants ROMEO BLACKMAN, RASHAD ANCHANDO, KEITH GULLENS, and others known and unknown to the Grand Jury, agreed to steal firearms from South Post Guns in Streator, Illinois, by breaking and entering the store after it had closed and to bring the stolen firearms to Chicago to sell or to use or to threaten to use the firearms against others.

4. It was further part of the conspiracy that the defendants ROMEO BLACKMAN, RASHAD ANCHANDO, KEITH GULLENS, and others known and unknown to the Grand Jury, did conceal and hide, and cause to be concealed and hidden, the purposes of acts done in furtherance of the conspiracy.

## OVERT ACTS

5. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendants committed one or more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included but were not limited to the following:

   (a) on or about June 21, 2016, the defendants and others stole a black Jeep Wrangler from an individual in Spring Valley, Illinois;

   (b) on or about June 22, 2016, the defendants and others used the black Jeep Wrangler to crash through the front of South Post Guns;

(c) on or about June 22, 2106, the defendants and others smashed the glass casing where the firearms were held to steal firearms;

(d) on or about June 22, 2016, the defendants and others took the following firearms that were offered for sale at South Post Guns:

(i) an American Bulldog, 32 caliber pistol with no serial number;
(ii) an AM-15 Anderson, 223 caliber pistol with serial number 14089304;
(iii) a Police Positive Colt, 38 caliber revolver with serial number 614238;
(iv) an Official Police Colt, 28 special revolver with serial number 899323;
(v) a 1908 Colt, .380 caliber pistol with serial number 58413;
(vi) an H004EMS Henry rifle with serial number EMS00123;
(vii) a 58315 JC Higgins, 20 gauge shotgun with no serial number;
(viii) a 50 AE Mag Research Desert Eagle, 44 caliber pistol with serial number 92683;
(ix) an SP 101 Ruger, 22 caliber revolver with serial number 577-31954;
(x) a 5401 CR Ruger, .385 caliber pistol with serial number 545-86252;
(xi) a Super Blackhawk Ruger, 214 mag pistol with serial number 82-34908;
(xii) a 629-b S and W, 44 caliber revolver with serial number CZD0099;
(xiii) a 617 S and W, 22 lr caliber revolver with serial number CZF6218;
(xiv) a 686 S and W, 357 caliber revolver with serial number CZR 5775;
(xv) a P226s Sig Sauer, 40 caliber s&w pistol with serial number U723199;
(xvi) a 686 Smith and Wesson, .357 caliber revolver with serial number CYZ2037;
(xvii) a Judge Taurus, 45 caliber revolver with serial number JM208507;
(xiii) an M44 Taurus, 44 mag revolver with serial number HS924210;
(xix) an M380 Taurus, 380 acp revolver with serial number FR97812; and
(xx) a Center Contender Thompson, 357 caliber pistol with serial number 266055.

(e) on or about June 22, 2016, the defendants and others concealed their identity by wearing dark clothing and hooded sweatshirts;

(f) on or about June 22, 2016, the defendants and others agreed to meet at a house in Streator, Illinois;

(g) on or about June 22, 2016, the defendants and others took and posted videos of the defendants and others holding the stolen firearms;

3

(h) on or about June 22, 2016, the defendants and others cut off the price tags and transported the stolen firearms back to Chicago.

In violation of Title 18, United States Code, Section 371.

## COUNT TWO

The SPECIAL FEBRUARY 2017 GRAND JURY further charges:

On or about June 22, 2016, at Streator, in the Northern District of Illinois, Eastern Division, and elsewhere,

> ROMEO BLACKMAN, aka "O" or "O-Dog,"
> RASHAD ANCHANDO, aka "Bamboo," and
> KEITH GULLENS, aka "Punchy,"

defendants herein, did steal and unlawfully take and carry away from the premises of a person licensed to engage in the business of dealing firearms, namely South Post Guns any firearm in the licensee's inventory that had been shipped and transported in interstate or foreign commerce, namely:

(a) an American Bulldog, 32 caliber pistol with no serial number;
(b) an AM-15 Anderson, 223 caliber pistol with serial number 14089304;
(c) a Police Positive Colt, 38 caliber revolver with serial number 614238;
(d) an Official Police Colt, 28 special revolver with serial number 899323;
(e) a 1908 Colt, .380 caliber pistol with serial number 58413;
(f) an H004EMS Henry rifle with serial number EMS00123;
(g) a 58315 JC Higgins, 20 gauge shotgun with no serial number;
(h) a 50 AE Mag Research Desert Eagle, 44 caliber pistol with serial number 92683;
(i) an SP 101 Ruger, 22 caliber revolver with serial number 577-31954;
(j) a 5401 CR Ruger, .385 caliber pistol with serial number 545-86252;
(k) a Super Blackhawk Ruger, 214 mag pistol with serial number 82-34908;
(l) a 629-b S and W, 44 caliber revolver with serial number CZD0099;
(m) a 617 S and W, 22 lr caliber revolver with serial number CZF6218;
(n) a 686 S and W, 357 caliber revolver with serial number CZR 5775;
(o) a P226s Sig Sauer, 40 caliber s&w pistol with serial number U723199;
(p) a 686 Smith and Wesson, .357 caliber revolver with serial number CYZ2037;
(q) a Judge Taurus, 45 caliber revolver with serial number JM208507;
(r) an M44 Taurus, 44 mag revolver with serial number HS924210;
(s) an M380 Taurus, 380 acp revolver with serial number FR97812; and

(t) a Center Contender Thompson, 357 caliber pistol with serial number 266055;

In violation of Title 18, United States Code, Sections 922(u) and 2.

## COUNT THREE

The SPECIAL FEBRUARY 2017 GRAND JURY further charges:

On or about June 22, 2016, at Streator and Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> ROMEO BLACKMAN, aka "O" or "O-Dog,"
> RASHAD ANCHANDO, aka "Bamboo," and
> KEITH GULLENS, aka "Punchy,"

defendants herein, did knowingly possess a stolen firearm, namely:

(a) an American Bulldog, 32 caliber pistol with no serial number;
(b) an AM-15 Anderson, 223 caliber pistol with serial number 14089304;
(c) a Police Positive Colt, 38 caliber revolver with serial number 614238;
(d) an Official Police Colt, 28 special revolver with serial number 899323;
(e) a 1908 Colt, .380 caliber pistol with serial number 58413;
(f) an H004EMS Henry rifle with serial number EMS00123;
(g) a 58315 JC Higgins, 20 gauge shotgun with no serial number;
(h) a 50 AE Mag Research Desert Eagle, 44 caliber pistol with serial number 92683;
(i) an SP 101 Ruger, 22 caliber revolver with serial number 577-31954;
(j) a 5401 CR Ruger, .385 caliber pistol with serial number 545-86252;
(k) a Super Blackhawk Ruger, 214 mag pistol with serial number 82-34908;
(l) a 629-b S and W, 44 caliber revolver with serial number CZD0099;
(m) a 617 S and W, 22 lr caliber revolver with serial number CZF6218;
(n) a 686 S and W, 357 caliber revolver with serial number CZR 5775;
(o) a P226s Sig Sauer, 40 caliber s&w pistol with serial number U723199;
(p) a 686 Smith and Wesson, .357 caliber revolver with serial number CYZ2037;
(q) a Judge Taurus, 45 caliber revolver with serial number JM208507;
(r) an M44 Taurus, 44 mag revolver with serial number HS924210;
(s) an M380 Taurus, 380 acp revolver with serial number FR97812; and
(t) a Center Contender Thompson, 357 caliber pistol with serial number 266055,

which firearm had been shipped and transported in interstate and foreign commerce, knowing and having had reasonable cause to believe that the firearm was stolen;

In violation of Title 18, United States Code, Sections 922(j) and 2.

## COUNT FOUR

The SPECIAL FEBRUARY 2017 GRAND JURY further charges:

On or about June 22, 2016, at Streator and Chicago, in the Northern District of Illinois, Eastern Division and elsewhere,

> ROMEO BLACKMAN, aka "O" or "O-Dog" and
> KEITH GULLENS, aka "Punchy,"

defendants herein, each having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely:

(a) an American Bulldog, 32 caliber pistol with no serial number;
(b) an AM-15 Anderson, 223 caliber pistol with serial number 14089304;
(c) a Police Positive Colt, 38 caliber revolver with serial number 614238;
(d) an Official Police Colt, 28 special revolver with serial number 899323;
(e) a 1908 Colt, .380 caliber pistol with serial number 58413;
(f) an H004EMS Henry rifle with serial number EMS00123;
(g) a 58315 JC Higgins, 20 gauge shotgun with no serial number;
(h) a 50 AE Mag Research Desert Eagle, 44 caliber pistol with serial number 92683;
(i) an SP 101 Ruger, 22 caliber revolver with serial number 577-31954;
(j) a 5401 CR Ruger, .385 caliber pistol with serial number 545-86252;
(k) a Super Blackhawk Ruger, 214 mag pistol with serial number 82-34908;
(l) a 629-b S and W, 44 caliber revolver with serial number CZD0099;
(m) a 617 S and W, 22 lr caliber revolver with serial number CZF6218;
(n) a 686 S and W, 357 caliber revolver with serial number CZR 5775;
(o) a P226s Sig Sauer, 40 caliber s&w pistol with serial number U723199;
(p) a 686 Smith and Wesson, .357 caliber revolver with serial number CYZ2037;
(q) a Judge Taurus, 45 caliber revolver with serial number JM208507;
(r) an M44 Taurus, 44 mag revolver with serial number H5924210;
(s) an M380 Taurus, 380 acp revolver with serial number FR97812; and
(t) a Center Contender Thompson, 357 caliber pistol with serial number 266055,

which firearm had traveled in interstate commerce prior to the defendants' possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON


_____
ACTING UNITED STATES ATTORNEY