**FILED** **17CR 371** 

**FELONY**

MAY 25 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**JUDGE THARP**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE WEISMAN**

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **NO** (You must answer 1b even if the answer is No)

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint:

    1b. Should this indictment or information receive a new case number from the court? **YES**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **NO**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5. Is this a transfer of probation supervision from another district to this District? **NO**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **NO**

8. Does this indictment or information include a conspiracy count? **YES**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **IV – Burglary**

10. List the statute of each of the offenses charged in the indictment or information.
    **18 USC 371; 18 USC 922(u); 18 USC 922(j) and 18 USC 922(g)(1)**

Albert Berry III
Assistant United States Attorney