```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION


UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
                                )
-vs-                            )  Case No. 17 CR 371-1
                                )
                                )  Chicago, Illinois
ROMEO BLACKMAN, a/k/a "O" or    )  November 8, 2018
"O-Dog,"                        )  9:00 a.m.
                                )
            Defendant.


                  TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JOHN J. THARP, JR.

APPEARANCES:

For the Plaintiff:      UNITED STATE'S ATTORNEY'S OFFICE
                        BY:  MR. ALBERT BERRY III
                        219 S. Dearborn Street
                        Suite 500
                        Chicago, IL  60604

For the Defendant:      DUANE MORRIS LLP
                        BY:  MR. CHRISTOPHER T. GROHMAN
                        190 S. LaSalle Street
                        Suite 3700
                        Chicago, IL  60603




Court Reporter:         KELLY M. FITZGERALD, CSR, RMR, CRR
                        Official Court Reporter
                        United States District Court
                        219 South Dearborn Street, Room 1420
                        Chicago, Illinois  60604
                        Telephone:  (312) 818-6626
                        kmftranscripts@gmail.com
```

1    (Proceedings heard in open court:)

2         THE CLERK: U.S.A. v. Blackman, 17 CR 371.

3         MR. BERRY: Good morning, Your Honor. Albert Berry,
4 B-e-r-r-y, for the United States.

5         MR. GROHMAN: Good morning, Your Honor. Christopher
6 Grohman on behalf of Mr. Blackman who is in custody. I don't
7 see him.

8         THE COURT: Nor do we have any marshals here.

9         MR. GROHMAN: I'll waive his appearance.

10        THE COURT: All right. Do we know why we don't have
11 Mr. Blackman?

12        THE CLERK: No. I will check, but I don't have any
13 reason at the moment. I will check with the marshals.

14        THE COURT: Let's follow up on that. We'll go
15 forward with the waiver. Obviously if there's anything that
16 requires Mr. Blackman's presence, we can reconvene as
17 necessary.

18        MR. GROHMAN: So instead of -- I have not received a
19 plea agreement on this case. Instead I received a RICO
20 indictment where Mr. Blackman is death penalty eligible which
21 is now in front of Judge Blakey. I think the arraignment was
22 last week.

23        THE COURT: I saw something about that.

24        MR. GROHMAN: So I'm happy to stay this case. I'm
25 happy to view a plea agreement on this case, whatever the

1 government and the Court wants to do.

2 THE COURT: Mr. Berry?

3 MR. BERRY: Your Honor, I don't think a plea
4 agreement is going to be coming on this case from the
5 government. I don't want to say for sure, but I'm pretty sure
6 that one won't be coming from the government on this case.

7 I don't know how the Court feels about staying this
8 case. I spoke to Mr. Grohman. There's a possibility that
9 there could be a plea declaration that he would want to do,
10 but I would proceed however -- whichever way the Court sees
11 fit.

12 MR. GROHMAN: I've never had a case where the
13 government has refused to offer me a plea agreement.

14 MR. BERRY: I'm not technically refusing, Your Honor.
15 I'm pretty sure that a plea agreement would encompass all of
16 the defendant's behavior and some of that behavior being him
17 being charged with multiple violent crimes in aid of
18 racketeering, and some are RICO. This ties into that in some
19 kind of way.

20 THE COURT: Well, you know, I mean, there's different
21 ways to address the complexities of resolving one case while
22 another case remains active, but I'm not at liberty to make
23 suggestions or influence that dialogue.

24 So, you know, if the government, I take it, has not
25 and at this point has no immediate intention of offering a

1 plea agreement, then we either need to move forward and set
2 this case for trial or, you know, it would remain open for the
3 defendant to enter a plea without a plea agreement; or I
4 presume, though I've never indefinitely stayed a criminal
5 prosecution, you know, while another criminal prosecution was
6 advancing, I presume that could be done, so I would want to
7 see some authority if that's the course the parties want to
8 take.
9       MR. BERRY: Well, may I make a suggestion,
10 Your Honor? And I know this case has been going on for a
11 little while now. We could have a short status. I could
12 discuss with Mr. Grohman what it is specifically that he would
13 like. I understand that he would like a plea agreement. I'll
14 go through my supervisory chain and see if that's possible.
15 And I think, you know, if that's not possible, I'll let
16 Mr. Grohman know. The issue is where -- the stipulations to
17 the facts. I think that might be the biggest holdup in this
18 case. And if that's the case, then if Mr. Grohman wants to
19 proceed with a plea declaration, then we'll know by a short
20 date, or a plea agreement, Your Honor, if that's okay with the
21 defendant and the Court.
22       MR. GROHMAN: That's fine with me.
23       THE COURT: Okay. Why don't we come back in four
24 weeks.
25       MR. BERRY: That works for the government,

1  Your Honor.
2        THE COURT:  Have that discussion and be prepared to
3  tell me what you want to do, or if you're not in agreement,
4  what you want to do and what you want to do.
5        MR. BERRY:  I will be prepared to do that,
6  Your Honor.
7        THE COURT:  Okay.
8        THE CLERK:  Status set for December the 5th at 9:00.
9        MR. BERRY:  That date works for the government.
10       MR. GROHMAN:  That's fine, Your Honor.
11       THE COURT:  Okay.
12       MR. BERRY:  And, Your Honor, I am making a motion to
13 exclude time in the interest of justice so that we can -- the
14 parties can confer involving possible disposition of this case
15 or this case going to trial, the reason being the complexities
16 that come into play with the other indictment that has been
17 brought down on defendant.
18       MR. GROHMAN:  No objection.
19       THE COURT:  All right.  On that basis, recognizing
20 the complexity of the issues, given the pendency of the two
21 different prosecutions, I'll exclude time through December
22 5th.  I find the ends of justice in excluding that time
23 outweigh the public and the defendant's interest in a speedy
24 trial.
25       MR. GROHMAN:  Okay.

1          MR. BERRY:  Thank you, Your Honor.

2          THE COURT:  Okay.  Thanks.

3     (Which were all the proceedings heard.)

4

5                        CERTIFICATE

6    I certify that the foregoing is a correct transcript from

7    the record of proceedings in the above-entitled matter.

8    */s/Kelly M. Fitzgerald*                    *December 12, 2018*

9    _____          _____
     Kelly M. Fitzgerald                        Date
10   Official Court Reporter